■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREG KING, Appellant. [801 NYS2d 195]—Appeal from a judgment of the Supreme Court, Monroe County (Donald J. Mark, J.), entered November 21, 2002. The judgment convicted defendant, upon a jury verdict, of sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of sodomy in the first degree (Penal Law former § 130.50 [1]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The conflicting testimony of defendant and the victim merely presented an issue of credibility for the jury, and we note that the victim's testimony was corroborated by physical evidence and a statement made by defendant to the police. We thus conclude that the jury did not fail to give the evidence the weight it should be accorded (*see generally id.*). The sentence is not unduly harsh or severe. Present—Scudder, J.P., Martoche, Smith, Pine and Hayes, JJ.